UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Cr. No. 07-22-01 |
| ISRAEL CARAMBOT, | : | ORDER |
| a/k/a "Israel Lopez" | : | |

Defendant having aliases relevant to this matter, and for good cause shown,

It is on this __15th__ day of ~~May~~ July 2008,

ORDERED that the case caption in this matter shall be changed from "United States of America v. Israel Lopez," to "United States of America v. Israel Carambot, a/k/a 'Israel Lopez.'"

_____
HON. WILLIAM J. MARTINI
United States District Judge

Date: July 15, 2008